IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TUIKA M. FAUMUINA, | ) | CIVIL 06-00207DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BEST WESTERN, *doing business as* | ) | |
| The Plaza Hotel, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 19, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Case be Dismissed without Prejudice," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, December 9, 2008.



_____
David Alan Ezra
United States District Judge